

The following constitutes the order of the court.
Signed March 13, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Jonathan Anthony Lewis,<br><br>      Debtor.<br>_____<br>Jonathan Anthony Lewis,<br><br>      Plaintiff,<br><br>    v.<br><br>JPMorgan Chase Bank, N.A., et al.,<br><br>      Defendants.<br>_____ | No. 14-41924<br><br>Chapter 7<br><br><br><br><br><br>Adv. Pro. No. 14-04182 |

**MEMORANDUM REGARDING LETTER REQUESTING EXTENSION OF TIME**

    A hearing was held in the above captioned adversary proceeding on March 11, 2015. The appearances made at the hearing are noted on the record. At the hearing, the court

1

dismissed the case with leave to amend. The court asked the Plaintiff how long he would like to amend the complaint, and the Plaintiff requested 90 days. The court denied the 90 day request and ordered that the Plaintiff would have 30 days to amend the complaint. A letter was filed by the Plaintiff in the above captioned adversary proceeding on March 12, 2015 (Doc. 38). The letter requests an additional 30 days leave to amend the complaint. All defendants shall have until Tuesday March 17, 2015, to respond to the letter. The court will respond to the request at that time.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

ALL RECIPIENTS