

The following constitutes the order of the court.
Signed March 16, 2015

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Jonathan Anthony Lewis,<br><br>      Debtor.<br>_____<br>Jonathan Anthony Lewis,<br><br>      Plaintiff,<br><br>      v.<br><br>JP Morgan Chase Bank, N.A., et al.,<br><br>      Defendants.<br>_____ | No. 14-41924<br><br>Chapter 7<br><br><br><br><br><br>Adv. Pro. No. 14-04182 |

**MEMORANDUM REGARDING SERVICE**

    A hearing was held in the above captioned adversary proceeding on March 11, 2015. The appearances made at the

1

hearing are noted on the record.  At the hearing, the court dismissed the case with leave to amend.

The court having raised at a prior hearing some concerns about the efficacy of service, and it appearing that several defendants have not responded to the complaints filed, the court notes the following service requirements:

- Federal Rule of Bankruptcy Procedure 7004 governs service of a complaint in an adversary proceeding.

- Federal Rule of Bankruptcy Procedure 7004(e) requires the summons be served within 7 days of being issued.

- Insured depository institutions must be served in accordance with Federal Rule of Bankruptcy Procedure 7004(h).

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

ALL RECIPIENTS